USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
WILLIAM L. JOYNER-EL,

          Plaintiff,

- against -

COMMISSIONER MARTIN F. HORN,
RIKERS ISLAND NORTH INFIRMARY
COMMAND,
CORRECTION OFFICER CARTER,
DEPUTY WARDEN VASQUES,
WARDEN SUPERINTENDENT,
CORRECTION OFFICER PEREZ,

          Defendants.
-------------------------------------------------------x

09 CV 4193 (HB)

ORDER

**Hon. HAROLD BAER, JR., District Judge:**

    WHEREAS Plaintiff William L. Joyner-El, DIN #09-A-4346, filed his initial complaint on April 28, 2009 and a summons was issued on that date; and

    WHEREAS the initial summons issued in this matter has lapsed, it is hereby

    ORDERED that the Clerk of this Court shall issue a new summons in the above-referenced matter; and it is further

    ORDERED that Plaintiff shall have an additional 60 days from the issuance of the new summons within which to serve one party, Correction Officer Perez; and it is further

    ORDERED that the Pro Se Office of this Court forthwith shall mail to Plaintiff at Franklin Correctional Facility a Rule 4 packet sufficient for proper service of Correction Officer Perez.

**SO ORDERED.**

New York, New York
November 12, 2009

_____
**HAROLD BAER, JR.**
**United States District Judge**